# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
STEFANOS A. PEROUSTIANIS § Case No. 15-08812
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/12/2015 . The undersigned trustee was appointed on 03/12/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $    355,394.82

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 38,110.48 |
   | Bank service fees | 372.58 |
   | Other payments to creditors | 198,605.90 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 28,099.68 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]        $ | 90,206.18 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 12/04/2015 and the deadline for filing governmental claims was 12/04/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 19,614.76 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 19,614.76 , for a total compensation of $ 19,614.76 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 85.47 , for total expenses of $ 85.47 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/28/2017      By: /s/BARRY A. CHATZ
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-08812 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | STEFANOS A. PEROUSTIANIS | | | | | Date Filed (f) or Converted (c): | 03/12/2015 (f) |
| | | | | | | 341(a) Meeting Date: | 04/17/2015 |
| For Period Ending: | 08/28/2017 | | | | | Claims Bar Date: | 12/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Homestead Property Located At: 6541 N. Washtenaw, Chicago Il | 238,000.00 | 0.00 | | 350,394.82 | FA |
| 2. Property Located At: 741 Center Street, Douglas, Mi. 1/2 In | 390,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash On Hand | 50.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account With Chase Bank Chicago, Il | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Savings Account With Chase Bank Chicago, Il | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 8. Cermak Produce No 3 Inc, 4800 W. Diversey Ave., Chicago, Ill | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2005 Lexus Es350 Approx. 117,000 Miles | 4,900.00 | 0.00 | | 0.00 | FA |
| 10. Fraudulent conveyance settlement (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 11. Contingent interest as a third party intervener (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $637,650.00 | $5,000.00 | | $355,394.82 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Single asset is real property located at 6541 North Washtenaw Avenue, Chicago, Illinois.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

| | | | |
|---|---|---|---|
| RE PROP # | 10 | -- | Payment 1 of 2 (in the amount of $2,500 each) toward settlement amount of $5,000; and first $75,000 recovered from sale of property and 30% of amount over $75,000 recovered from sale of property.  Minimum value to estate of $80,000 plus 30% of sales price over and above $75,000 to be determined by final sales price of proprety. |
| RE PROP # | 11 | -- | Debtor may have a contingent interest as a third party intervener arising out of Allegan County Circuit Court Case:  15-54718-CZ.  Said interest arises out of a potential interest in claims for damages, if any, but yet to be determined.<br>The aforesaid lawsuit is a foreclosure action filed by Amos Financial, LLC against real property located at:  741 Centre Street, Douglas, MI.  Said foreclosure may be wrongful in nature, thereby leading to the debtor's said potential claim for damages.<br>Attorney representing ebtor in said Allegan County matters is:  Stephen J. Vargo c/o: R.J. Baker & Associates, P.C., 225 Hubbard Street, Allegan, Michigan 49010 |

Initial Projected Date of Final Report (TFR): 12/31/2016        Current Projected Date of Final Report (TFR): 12/31/2018

Case 15-08812   Doc 74   Filed 09/29/17   Entered 09/29/17 08:26:22   Desc Main
Document   Page 5 of 11

Page: 1

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-08812 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | STEFANOS A. PEROUSTIANIS | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | XXXXXX0847 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX6665 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/28/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/14/16 | 10 | STEFANOS A. PEROUSTIANIS DESPINA PEROUSTIANIS 6541 N. WASHTENAW AVE. CHICAGO, IL 60645 | PREFERENCE SETTLEMENT FIRST OF TWO SETTLEMENT PAYMENTS. | 1241-000 | $2,500.00 | | $2,500.00 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,485.00 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,470.00 |
| 12/28/16 | 10 | THE LAW OFFICE OF WILLIAM J. FACTOR, LTD. 105 WEST MADISON STREET SUITE 1500 CHICAGO, IL 60602 | SETTLEMENT FUNDS | 1241-000 | $2,500.00 | | $4,970.00 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,955.00 |
| 02/14/17 | 400001 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | 2300 Bond Payments | 2300-000 | | $1.92 | $4,953.08 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,938.08 |
| 03/06/17 | | CHICAGO TITLE AND TRUST COMPANY IL CT METRO BANK TRUST ACCOUNT - CMLP - 0345 10 SOUTH LASALLE STREET, SUITE 2850 CHICAGO, IL 60603 | LIQUIDATION OF REAL PROPERTY | | $113,285.54 | | $118,223.62 |
| | | | Gross Receipts  $350,000.00 | | | | |
| | | | PAYOFF MORTGAGE LOAN  ($198,605.90) | 4110-000 | | | |
| | | | REALTORS COMMISSION  ($21,000.00) | 3510-000 | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | | Page Subtotals: | $118,285.54 | $61.92 |
|---|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-08812 | Trustee Name: BARRY A. CHATZ |
| Case Name: STEFANOS A. PEROUSTIANIS | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0847 |
| | Checking |
| Taxpayer ID No: XX-XXX6665 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/28/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | CLOSING COSTS ($17,108.56) | 2500-000 | | | |
| | 1 | | Homestead Property Located At: 6541 N. Washtenaw, Chicago Il $350,000.00 | 1110-000 | | | |
| 03/27/17 | 1 | CHICAGO TITLE AND TRUST COMPANY IL CT METRO US BANK TRUST ACCOUNT - CMLP-0278 10 SOUTH LASALLE STREET, SUITE 2850 CHICAGO, IL 60603 | LIQUIDATION OF REAL PROPERTY | 1110-000 | $394.82 | | $118,618.44 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $118,603.44 |
| 04/11/17 | 400002 | Stefanos A. Peroustianis | SETTLEMENT FUNDS Pursuant to Court Order entered 4/6/17 | 8100-002 | | $28,099.68 | $90,503.76 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $143.20 | $90,360.56 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.38 | $90,206.18 |

| | | |
|---|---|---|
| COLUMN TOTALS | $118,680.36 | $28,474.18 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $118,680.36 | $28,474.18 |
| Less: Payments to Debtors | $0.00 | $28,099.68 |
| Net | $118,680.36 | $374.50 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Page Subtotals: $394.82  $28,412.26

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0847 - Checking | $118,680.36 | $374.50 | $90,206.18 |
|  | $118,680.36 | $374.50 | $90,206.18 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $236,714.46 |
| Total Net Deposits: | $118,680.36 |
| Total Gross Receipts: | $355,394.82 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 15-08812  
Debtor Name: STEFANOS A. PEROUSTIANIS  
Claims Bar Date: 12/4/2015  

Date: August 28, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $19,614.76 | $19,614.76 |
| 100 2200 | BARRY A. CHATZ<br>161 N. CLARK STREET<br>SUITE 4200<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $85.47 | $85.47 |
| 100 2700 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 SOUTH DEARBORN STREET<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $1,400.00 | $1,400.00 |
| 100 3210 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $48,227.50 | $48,227.50 |
| 100 3220 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $1,672.57 | $1,672.57 |
| 100 3410 | Kutchins Robbins & Diamond Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Administrative | | $0.00 | $1,249.50 | $1,249.50 |
| 1 300 7100 | Amos Financial LLC<br>3330 Skokie Valley Road<br>Suite 301<br>Highland Park, IL 60035 | Unsecured | | $0.00 | $1,334,758.17 | $1,334,758.17 |
| | Case Totals | | | $0.00 | $1,407,007.97 | $1,407,007.97 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                    Printed: August 28, 2017

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-08812
Case Name: STEFANOS A. PEROUSTIANIS
Trustee Name: BARRY A. CHATZ

Balance on hand $ 90,206.18

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 19,614.76 | $ 0.00 | $ 19,614.76 |
| Trustee Expenses: BARRY A. CHATZ | $ 85.47 | $ 0.00 | $ 85.47 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 48,227.50 | $ 0.00 | $ 48,227.50 |
| Attorney for Trustee Expenses: GREGORY K. STERN, P.C. | $ 1,672.57 | $ 0.00 | $ 1,672.57 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,249.50 | $ 0.00 | $ 1,249.50 |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ 1,400.00 | $ 0.00 | $ 1,400.00 |

Total to be paid for chapter 7 administrative expenses $ 72,249.80

Remaining Balance $ 17,956.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,334,758.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Amos Financial LLC | $ 1,334,758.17 | $ 0.00 | $ 17,956.38 |
| | Total to be paid to timely general unsecured creditors | | | $ 17,956.38 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE