# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
§
STEFANOS A. PEROUSTIANIS § Case No. 15-08812
§
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 393,050.00 *(Without deducting any secured claims)* | Assets Exempt: 21,600.00 |
| Total Distributions to Claimants: 216,562.28 | Claims Discharged Without Payment: 3,918,778.29 |
| Total Expenses of Administration: 110,732.86 | |

3) Total gross receipts of $ 355,394.82 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 28,099.68 (see **Exhibit 2**), yielded net receipts of $ 327,295.14 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,313,472.00 | $ 198,605.90 | $ 198,605.90 | $ 198,605.90 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 110,732.86 | 110,732.86 | 110,732.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,288,504.50 | 1,334,758.17 | 1,334,758.17 | 17,956.38 |
| **TOTAL DISBURSEMENTS** | $ 2,601,976.50 | $ 1,644,096.93 | $ 1,644,096.93 | $ 327,295.14 |

4)  This case was originally filed under chapter 7 on 03/12/2015 . The case was pending for 34 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/04/2018                    By:/s/BARRY A. CHATZ, TRUSTEE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Homestead Property Located At: 6541 N. Washtenaw, Chicago Il | 1110-000 | 350,394.82 |
| Fraudulent conveyance settlement | 1241-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$355,394.82** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Stefanos A. Peroustianis | Exemptions | 8100-002 | 28,099.68 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 28,099.68** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mb Fin Svcs 36455 Corporate Dr Farmington Hills, MI 48331 | | 15,182.00 | NA | NA | 0.00 |
| | Premier Bank 1210 Central Ave. Wilmette, IL 60091 | | 1,099,248.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quicken Loans 1050 Woodward Ave Detroit, MI 48226 | | 199,042.00 | NA | NA | 0.00 |
| | CHICAGO TITLE AND TRUST COMPANY | 4110-000 | NA | 198,605.90 | 198,605.90 | 198,605.90 |
| **TOTAL SECURED CLAIMS** | | | $ 1,313,472.00 | $ 198,605.90 | $ 198,605.90 | $ 198,605.90 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 19,614.76 | 19,614.76 | 19,614.76 |
| BARRY A. CHATZ | 2200-000 | NA | 85.47 | 85.47 | 85.47 |
| International Sureties, Ltd. | 2300-000 | NA | 1.92 | 1.92 | 1.92 |
| CHICAGO TITLE AND TRUST COMPANY | 2500-000 | NA | 17,108.56 | 17,108.56 | 17,108.56 |
| Union Bank | 2600-000 | NA | 372.58 | 372.58 | 372.58 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 1,400.00 | 1,400.00 | 1,400.00 |
| GREGORY K. STERN, P.C. | 3210-000 | NA | 48,227.50 | 48,227.50 | 48,227.50 |
| GREGORY K. STERN, P.C. | 3220-000 | NA | 1,672.57 | 1,672.57 | 1,672.57 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 1,249.50 | 1,249.50 | 1,249.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHICAGO TITLE AND TRUST COMPANY | 3510-000 | NA | 21,000.00 | 21,000.00 | 21,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 110,732.86 | $ 110,732.86 | $ 110,732.86 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arizona Mail Order 3740 E 34th St Tucson, AZ 85713 | | 0.00 | NA | NA | 0.00 |
| | Boodell & Domanskis, LLC 353 N. Clark Street Ste. 1800 Chicago, IL 60654 | | 1,270,833.50 | NA | NA | 0.00 |
| | Cap1/Bstby 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 2,250.00 | NA | NA | 0.00 |
| | Sears/Cbna Po Box 6283 Sioux Falls, SD 57117 | | 421.00 | NA | NA | 0.00 |
| | William Factor 1363 Shermer Ste. 224 Northbrook, IL 60062 | | 15,000.00 | NA | NA | 0.00 |
| 1 | Amos Financial LLC | 7100-000 | NA | 1,334,758.17 | 1,334,758.17 | 17,956.38 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 1,288,504.50** | **$ 1,334,758.17** | **$ 1,334,758.17** | **$ 17,956.38** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-08812 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | BARRY A. CHATZ, TRUSTEE |
| Case Name: | STEFANOS A. PEROUSTIANIS | | | | Date Filed (f) or Converted (c): | 03/12/2015 (f) |
| | | | | | 341(a) Meeting Date: | 04/17/2015 |
| For Period Ending: | 01/04/2018 | | | | Claims Bar Date: | 12/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Homestead Property Located At: 6541 N. Washtenaw, Chicago Il | 238,000.00 | 0.00 | | 350,394.82 | FA |
| 2. Property Located At: 741 Center Street, Douglas, Mi. 1/2 In | 390,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash On Hand | 50.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account With Chase Bank Chicago, Il | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Savings Account With Chase Bank Chicago, Il | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 8. Cermak Produce No 3 Inc, 4800 W. Diversey Ave., Chicago, Ill | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2005 Lexus Es350 Approx. 117,000 Miles | 4,900.00 | 0.00 | | 0.00 | FA |
| 10. Fraudulent conveyance settlement (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 11. Contingent interest as a third party intervener (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $637,650.00 | $5,000.00 | | $355,394.82 | $0.00 |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Single asset is real property located at 6541 North Washtenaw Avenue, Chicago, Illinois.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 10 | -- | Payment 1 of 2 (in the amount of $2,500 each) toward settlement amount of $5,000; and first $75,000 recovered from sale of property and 30% of amount over $75,000 recovered from sale of property.  Minimum value to estate of $80,000 plus 30% of sales price over and above $75,000 to be determined by final sales price of proprety. |
| RE PROP # | 11 | -- | Debtor may have a contingent interest as a third party intervener arising out of Allegan County Circuit Court Case:  15-54718-CZ.  Said interest arises out of a potential interest in claims for damages, if any, but yet to be determined.<br>The aforesaid lawsuit is a foreclosure action filed by Amos Financial, LLC against real property located at:  741 Centre Street, Douglas, MI.  Said foreclosure may be wrongful in nature, thereby leading to the debtor's said potential claim for damages.<br>Attorney representing ebtor in said Allegan County matters is:  Stephen J. Vargo c/o: R.J. Baker & Associates, P.C., 225 Hubbard Street, Allegan, Michigan 49010 |

Initial Projected Date of Final Report (TFR): 12/31/2016       Current Projected Date of Final Report (TFR): 12/31/2018

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-08812 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: STEFANOS A. PEROUSTIANIS | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0847 |
| | Checking |
| Taxpayer ID No: XX-XXX6665 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/14/16 | 10 | STEFANOS A. PEROUSTIANIS DESPINA PEROUSTIANIS 6541 N. WASHTENAW AVE. CHICAGO, IL 60645 | PREFERENCE SETTLEMENT FIRST OF TWO SETTLEMENT PAYMENTS. | 1241-000 | $2,500.00 | | $2,500.00 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,485.00 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,470.00 |
| 12/28/16 | 10 | THE LAW OFFICE OF WILLIAM J. FACTOR, LTD. 105 WEST MADISON STREET SUITE 1500 CHICAGO, IL 60602 | SETTLEMENT FUNDS | 1241-000 | $2,500.00 | | $4,970.00 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,955.00 |
| 02/14/17 | 400001 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | 2300 Bond Payments | 2300-000 | | $1.92 | $4,953.08 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,938.08 |
| 03/06/17 | | CHICAGO TITLE AND TRUST COMPANY IL CT METRO BANK TRUST ACCOUNT - CMLP - 0345 10 SOUTH LASALLE STREET, SUITE 2850 CHICAGO, IL 60603 | LIQUIDATION OF REAL PROPERTY | | $113,285.54 | | $118,223.62 |
| | | | Gross Receipts      $350,000.00 | | | | |
| | | | PAYOFF MORTGAGE LOAN      ($198,605.90) | 4110-000 | | | |
| | | | REALTORS COMMISSION      ($21,000.00) | 3510-000 | | | |

| | | | Page Subtotals: | | $118,285.54 | $61.92 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-08812  
Case Name: STEFANOS A. PEROUSTIANIS  
Taxpayer ID No: XX-XXX6665  
For Period Ending: 01/04/2018  

Trustee Name: BARRY A. CHATZ, TRUSTEE  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0847  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | CLOSING COSTS | ($17,108.56) | 2500-000 | | | |
| | 1 | | Homestead Property Located At: 6541 N. Washtenaw, Chicago Il | $350,000.00 | 1110-000 | | | |
| 03/27/17 | 1 | CHICAGO TITLE AND TRUST COMPANY IL CT METRO US BANK TRUST ACCOUNT - CMLP-0278 10 SOUTH LASALLE STREET, SUITE 2850 CHICAGO, IL  60603 | LIQUIDATION OF REAL PROPERTY | | 1110-000 | $394.82 | | $118,618.44 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.00 | $118,603.44 |
| 04/11/17 | 400002 | Stefanos A. Peroustianis | SETTLEMENT FUNDS Pursuant to Court Order entered 4/6/17 | | 8100-002 | | $28,099.68 | $90,503.76 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $143.20 | $90,360.56 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $154.38 | $90,206.18 |
| 12/14/17 | 400003 | BARRY A. CHATZ 161 N. CLARK STREET SUITE 4200 CHICAGO, IL  60601 | Distribution | | | | $19,700.23 | $70,505.95 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($19,614.76) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. | ($85.47) | 2200-000 | | | |
| 12/14/17 | 400004 | CLERK OF THE U.S. BANKRUPTCY COURT 219 SOUTH DEARBORN STREET CHICAGO, IL  60604 | Final distribution representing a payment of 100.00 % per court order. | | 2700-000 | | $1,400.00 | $69,105.95 |

Page Subtotals: $394.82   $49,512.49

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-08812 | Trustee Name: BARRY A. CHATZ, TRUSTEE |
| Case Name: STEFANOS A. PEROUSTIANIS | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0847 |
| | Checking |
| Taxpayer ID No: XX-XXX6665 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/14/17 | 400005 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60606 | Distribution | | | $49,900.07 | $19,205.88 |
| | | GREGORY K. STERN, P.C. | Final distribution representing a payment of 100.00 % per court order. ($48,227.50) | 3210-000 | | | |
| | | GREGORY K. STERN, P.C. | Final distribution representing a payment of 100.00 % per court order. ($1,672.57) | 3220-000 | | | |
| 12/14/17 | 400006 | Kutchins Robbins & Diamond Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,249.50 | $17,956.38 |
| 12/14/17 | 400007 | Amos Financial LLC<br>3330 Skokie Valley Road<br>Suite 301<br>Highland Park, IL 60035 | Final distribution to claim 1 representing a payment of 1.35 % per court order. | 7100-000 | | $17,956.38 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $118,680.36 | $118,680.36 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $118,680.36 | $118,680.36 |
| Less: Payments to Debtors | $0.00 | $28,099.68 |
| Net | $118,680.36 | $90,580.68 |

UST Form 101-7-TDR (10/1/2010)  *(Page: 11)*                                    Page Subtotals:     $0.00        $69,105.95

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0847 - Checking | $118,680.36 | $90,580.68 | $0.00 |
|  | $118,680.36 | $90,580.68 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $236,714.46 |
| Total Net Deposits: | $118,680.36 |
| Total Gross Receipts: | $355,394.82 |

Page Subtotals:  $0.00   $0.00